James D. Weakley, Esq.   Bar No. 082853
Erica M. Camarena, Esq.  Bar No. 227981

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
CHIEF JIM ZULIM and SGT. MCFADDEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CLOVIS; ABBY SPENCER, SGT. McFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1-75, Inclusive, <br><br> Defendants. | CASE NO. 1:09-cv-00242-AWI-SMS <br><br> **STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE SUBJECT TO RE-NOTICE; AND REQUEST TO VACATE HEARING** <br><br> Date: May 4, 2009 <br> Time: 1:30 p.m. <br> Court: Two <br> Honorable Anthony W. Ishii <br><br> Complaint Filed: 02/05/09 |

The parties herein, by and through their respective counsel, hereby enter the following stipulation:

Defendants withdraw their pending motion to dismiss filed on March 31, 2009 and scheduled to be heard on May 4, 2009. This withdrawal is without prejudice and subject to re-notice. (Court Docket No. 6)

While plaintiffs do not concede their government tort claim was filed late, Plaintiffs nevertheless intend on filing a petition with the City of Clovis to seek relief from late filing. Plaintiffs will file their petition with the City of Clovis no later than June 30, 2009. The City of Clovis has up to 45 days to consider that request. Within thirty (30) calendar days after the

---
Stipulation to Withdraw Motion to Dismiss & Proposed Order

petition is denied by affirmative rejection or by operation of law, plaintiffs will file a petition with this Court seeking relief from late filing; and will simultaneously file an amended complaint. If, however, the petition is granted by the City of Clovis, plaintiffs will then proceed by filing their amended complaint, also within thirty (30) days thereafter.

If no such amendment is filed by the thirtieth day after the decision is made by the City of Clovis on plaintiff's petition, defendants will re-notice a hearing on their motion as soon thereafter as the matter can be heard.

The parties further agree that the hearing on May 4, 2009 will be vacated.

**IT IS SO STIPULATED.**


DATED: April 17, 2009

                              WEAKLEY, ARENDT & McGUIRE, LLP

                              By:    /s/ Erica M. Camarena
                                    Erica M. Camarena
                                    Attorneys for Defendants

DATED: April 17, 2009          THE LAW OFFICE OF JACOB M. WEISBERG

                              By:    /s/ Jack M. Weisberg
                                    Jacob M. Weisberg
                                    Attorney for Plaintiffs

**ORDER**

The Court, having found good cause for the parties' stipulation to have defendants withdraw their pending motion to dismiss without prejudice and subject to re-notice, hereby GRANTS the parties' stipulation. The hearing currently set on May 4, 2009 at 1:30 p.m. in Courtroom Two, is hereby vacated.

IT IS SO ORDERED.

**Dated:   April 20, 2009**                   **/s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE