# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. MCFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 1:09-cv-00242-AWI-SMS<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' PETITION FOR RELIEF FROM COMPLYING WITH THE GOVERNMENT TORT CLAIMS FILING ACT**<br><br>Current date: September 28, 2009<br>Time: 1:30 p.m.<br>Courtroom: Two<br>Honorable Anthony W. Ishii<br><br>Complaint Filed: 02/05/09<br>Trial Date: TBA |

　　　It is stipulated by the parties through their respective counsel that Plaintiffs' Petition for Relief from Complying with the Governmental Tort Claims Filing Act be continued from September 28, 2009 at 1:30 p.m. in Courtroom Two before the Honorable Anthony W. Ishii to October 19, 2009 at 1:30 p.m. in Courtroom Two before the Honorable Anthony W. Ishii. Plaintiffs Reply Brief must be filed and served by October 12, 2009.

DATED: September 15, 2009

　　　　　　　　　　　　　　　　WEAKLEY, ARENDT & McGUIRE, LLP

```
 1                                          By:     /s/ Michael R. Linden
 2                                                  Michael R. Linden
                                                    Attorneys for Defendants
 3
 4  DATED: September 15, 2009                THE LAW OFFICE OF JACOB M. WEISBERG
 5
                                            By:    /s/Jacob M. Weisberg
 6                                                 Jacob M. Weisberg
                                                   Attorney for Plaintiffs
 7
 8
 9                                               **ORDER**

10  IT IS SO ORDERED.

11  Dated:    **September 16, 2009**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE
12
```