IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHESTER S. GARBER, et. al., ) | 1:09-CV-242  AWI SMS |
| Plaintiffs, ) | |
| ) | ORDER VACATING |
| v. ) | OCTOBER 19, 2009, HEARING |
| ) | |
| CITY OF CLOVIS, et. al., ) | |
| Defendants. ) | |
| ) | |

Currently pending before this Court is Plaintiffs' motion for an order relieving them from the provisions of California Government Code § 945.4.  This motion is set for hearing on October 19, 2009, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 19, 2009, is VACATED, and the parties shall not appear at that time.  As of October 19, 2009, the Court will take Plaintiffs' motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 13, 2009            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE