| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Michael R. Linden, Esq. | Bar No. 192485 |
| Valerie J. Velasco, Esq. | Bar No. 267141 |

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
CHIEF JIM ZULIM and SGT. MCFADDEN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. McFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>Defendants.<br>_____ | CASE NO.1:09-cv-00242-AWI-SMS<br><br>**STIPULATION AND  ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br><br><br><br><br>Complaint Filed: 02/05/09<br>Trial Date: TBA |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court that, the Scheduling Conference currently set to be held on February 22, 2010 at 9:45 a.m., in Courtroom 7, before the Honorable Magistrate Judge Sandra M. Snyder, will be continued to a date to be set by the Court after an order on the Plaintiffs' Petition for Relief From Complying With The Government Tort Claims Filing Act has been issued.  It is further stipulated the Joint Scheduling Report due to the Court by February 16, 2010, will now be due on a date one week prior to the date set by the Court for the Scheduling Conference.

   This continuance is requested by the parties as the Scheduling Conference would be

---
Stipulation and Proposed Order to
Continue Scheduling Conference

unproductive until the issues presented in Plaintiffs' petition are decided and it is clear whether the Plaintiffs will be able to proceed on certain causes of action.

**IT IS SO STIPULATED.**

Dated:  January 29, 2010                               WEAKLEY, ARENDT & McGUIRE, LLP


                                                       By:  /s/ Valerie J. Velasco
                                                            James D. Weakley
                                                            Valerie J. Velasco
                                                            Attorney for Defendants


Dated:  January 29, 2010                               THE LAW OFFICE OF JACOB M. WEISBERG


                                                       By:   /s/ Jacob M. Weisberg
                                                             Jacob M. Weisberg
                                                             Attorney for Plaintiffs


**ORDER**

The Court hereby GRANTS the parties's stipulation to continue the Scheduling Conference currently set to be held on February 22, 2010, at 9:00 a.m., in Courtroom 7, before the Honorable Magistrate Judge Sandra M. Snyder.  A new hearing date will be assigned by the Court after a ruling of Plaintiffs' Petition for Relief From Complying With The Government Tort Claims Filing Act has been issued.  The parties' Joint Scheduling Report shall be due one week prior to the newly issued hearing date.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference is continued from February 22, 2010 to April 19, 2010 at 9:45 a.m., before Judge Snyder.

**Dated:     January 29, 2010**                        /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to
Continue Scheduling Conference                         2