| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Michael R. Linden, Esq. | Bar No. 192485 |
| Valerie J. Velasco, Esq. | Bar No. 267141 |

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
CHIEF JIM ZULIM and SGT. MCFADDEN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. McFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>Defendants. | CASE NO.1:09-cv-00242-AWI-GSA<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND ORDER THEREON**<br><br><br>DATE:  June 28, 2010<br>TIME:  1:30 p.m.<br>CTRM:  Two<br>The Honorable Anthony W. Ishii<br><br>Complaint Filed: 02/05/2009<br>Trial Date: 01/24/2012 |

TO THIS HONORABLE COURT,

The parties herein have agreed to continue the hearing on Defendants ABBY SPENCER, MATT McFADDEN, CHIEF JIM ZULIM, and CITY OF CLOVIS, Motion to Dismiss Plaintiffs' First Amended Complaint.

Currently, the hearing is set to go forward on June 28, 2010 at 1:30 p.m., the parties would like the matter to be continued to July 26, 2010 at 1:30 p.m., or as soon thereafter as the court is able to hold a hearing on the matter.

///

Stipulation to Continue Motion Hearing Date

**IT IS SO STIPULATED.**

Dated: June 7, 2010                          WEAKLEY, ARENDT & McGUIRE, LLP


                                             By:  /s/ Valerie J. Velasco
                                                  James D. Weakley
                                                  Valerie J. Velasco
                                                  Attorney for Defendants


Dated: June 7, 2010                          THE LAW OFFICE OF JACOB M. WEISBERG


                                             By:  /s/ Jacob M. Weisberg
                                                  Jacob M. Weisberg
                                                  Attorney for Plaintiffs

**ORDER**

The Court hereby GRANTS the parties's stipulation to continue the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint currently set to be held on June 28, 2010, at 1:30 p.m., in Courtroom 2, before the Honorable Judge Anthony W. Ishii. The court will vacate the current hearing date and the hearing shall proceed on July 26, 2010, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 8, 2010**                         /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

Stipulation to Continue Motion Hearing Date        2