IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHESTER S. GARBER, et al., | ) | NO. 1:09-CV-00242 AWI GSA |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING |
| | ) | JULY 26, 2010 HEARING DATE |
| v. | ) | AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| CITY OF CLOVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendants' motion to dismiss has been set for hearing in this case on July 26, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 26, 2010, is VACATED, and the parties shall not appear at that time. As of July 26, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  July 21, 2010

CHIEF UNITED STATES DISTRICT JUDGE