James D. Weakley, Esq.        Bar No. 082853
Valerie J. Velasco, Esq.      Bar No. 267141

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
CHIEF JIM ZULIM and SGT. MCFADDEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CLOVIS; ABBY SPENCER, SGT. McFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1-75, Inclusive, <br><br> Defendants. | CASE NO.1:09-cv-00242-AWI-DLB <br><br> **STIPULATION AND ORDER REQUESTING A STATUS CONFERENCE AND TO VACATE THE SCHEDULING ORDER** <br><br><br><br><br> Complaint Filed: 02/05/09 <br> Trial Date: 01/24/2012 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Order (Court Doc. No. 37) be modified to vacate all dates set forth therein.  The parties ask that the Court set a status conference after a ruling has been issued on the Defendants' FRCP 12(b)(6) motion (Court Doc. No. 40) to identify new dates.

Good cause exists to vacate the existing scheduling order as the parties agreed to stay any discovery until after a ruling on Defendants' motion to dismiss.  When so agreeing, the parties did not anticipate the length of time that would be necessary for the Court to issue a ruling.  As the parties have not yet conducted necessary discovery, the parties would be

---

Stipulation to Vacate Scheduling Order

1  prejudiced if the existing Scheduling Order were not vacated.

2       IT IS SO STIPULATED.

3

4  DATED:  June 30, 2011
                                        WEAKLEY & ARENDT, LLP
5

6                                       By:     /s/ Valerie J. Velasco
                                                James D. Weakley
7                                               Valerie J. Velasco
                                                Attorneys for Defendants
8

9  DATED:  June 30, 2011
                                        THE LAW OFFICE OF JACOB M. WEISBERG
10

11
                                        By:     /s/  Jacob M. Weisberg
12                                              Jacob M. Weisberg
                                                Attorney for Plaintiffs
13

14

15                                    **ORDER**

16      The Court hereby GRANTS the parties' stipulation to vacate the Scheduling Order and

17  will issue an amended scheduling order after a status conference.  The status conference will be

18  set by the Court after issuing a ruling on Defendants' FRCP 12(b)(6) motion (Court Doc. No.

19  40.)

20

21      IT IS SO ORDERED.

22        Dated:   **July 1, 2011**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

---

Stipulation to Vacate Scheduling Order                    2