1
2
3
4

Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

5
6
7

Attorney for Plaintiffs: CHESTER S. GARBER,
BETTY C. TING, EMILIA C. TING, M.D,
EMILIA C. TING, M.D., INC., GARBER SERVICES
CO., INC., AND GOLDEN VALLEY AERO, INC.

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12
13
14

CHESTER S. GARBER, BETTY C. TING,
EMILIA C. TING, M.D., EMILIA C. TING, M.D.,
INC., GARBER SERVICES CO., INC., AND
GOLDEN VALLEY AERO, INC.,

CASE NO.: 1:09-cv-00242-AWI-SMS

15

Plaintiffs,

**STIPULATION TO EXTEND TIME TO
FILE AMENDED COMPLAINT AND
ORDER**

16

v.

Complaint Filed:  02/05/09
Trial Date:  TBA

17
18
19

CITY OF CLOVIS; ABBY SPENCER, SGT.
MCFADDEN; POLICE CHIEF JIM ZULIM in
Their Individual and Official Capacities; and
DOES 1 - 75, Inclusive,

20

Defendants.

21

22

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR

23

RESPECTIVE COUNSEL that:

24

On January 30, 2012, the Court granted Defendants' Motion to Dismiss and Plaintiffs were

25

given leave to file an amended complaint on the Fourth Amendment issues, but not on any substantive

26
27

due process claim or equal protection claim and ordered that the amended complaint shall be filed

28

within thirty (30) days from January 30, 2012.  The parties are currently engaged in good faith

1  negotiations to settle this case and request that the time for Plaintiffs to file an amended complaint be

2  extended from thirty (30) days after the Judge's Order to sixty (60) days after the Judge's Order.

3

4       Dated: February 23, 2012              THE LAW OFFICE OF JACOB M. WEISBERG

5

6                                             _____/s/ Jacob M. Weisberg_____
                                              Jacob M. Weisberg
7                                             Attorney for Plaintiffs

8

9       Dated:  February 23, 2012             WEAKLEY & ARENDT, LLP

10

11                                            By:    /s/ James D. Weakley_____
                                              James D. Weakley
12                                            Attorneys for Defendants

13

14

15                                    **ORDER**

16      **GOOD CAUSE APPEARING,**

17

18  IT IS SO ORDERED.

19  Dated:   February 23, 2012     _____
                                   CHIEF UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28