Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiffs: CHESTER S. GARBER,
BETTY C. TING, EMILIA C. TING, M.D,
EMILIA C. TING, M.D., INC., GARBER SERVICES
CO., INC., AND GOLDEN VALLEY AERO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. MCFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: 1:09-cv-00242-AWI-SMS<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ORDER**<br><br>Complaint Filed:  02/05/09<br>Trial Date:  TBA |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL that:

On January 30, 2012, the Court granted Defendants' Motion to Dismiss and Plaintiffs were given leave to file an amended complaint on the Fourth Amendment issues, but not on any substantive due process claim or equal protection claim and ordered that the amended complaint shall be filed within thirty (30) days from January 30, 2012.  The parties are currently engaged in good faith

negotiations to settle this case and request that the time for Plaintiffs to file an amended complaint be extended from thirty (30) days after the Judge's Order to sixty (60) days after the Judge's Order.

Dated: February 23, 2012                    THE LAW OFFICE OF JACOB M. WEISBERG

                                                      /s/ Jacob M. Weisberg
                                              Jacob M. Weisberg
                                              Attorney for Plaintiffs

Dated:  February 23, 2012                    WEAKLEY & ARENDT, LLP

                                        By:   /s/ James D. Weakley
                                              James D. Weakley
                                              Attorneys for Defendants

## **ORDER**

**GOOD CAUSE APPEARING,**

IT IS SO ORDERED.

Dated:   February 23, 2012          _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE