Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiffs: CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D, EMILIA C. TING, M.D., INC., GARBER SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. MCFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: 1:09-cv-00242-AWI-SMS<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ORDER**<br><br>Complaint Filed:  02/05/09<br>Trial Date:  TBA |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL that:

On January 30, 2012, the Court granted Defendants' Motion to Dismiss and Plaintiffs were given leave to file an amended complaint on the Fourth Amendment issues, but not on any substantive due process claim or equal protection claim and ordered that the amended complaint shall be filed within thirty (30) days from January 30, 2012.  The parties are currently engaged in good faith

negotiations to settle this case and the Court has previously granted a sixty (60) day extension of time to file an amended complaint to April 24, 2012.

The parties hereto hereby request an additional forty-five (45) day extension of time to June 8, 2012, to allow the parties time to complete the signing of settlement documents.

Dated: April 19, 2012            THE LAW OFFICE OF JACOB M. WEISBERG

　　　　　　　　　　　　　　　　　　　　　/s/ Jacob M. Weisberg
　　　　　　　　　　　　　　　　　　　　Jacob M. Weisberg
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated:  April 19, 2012            WEAKLEY & ARENDT, LLP

　　　　　　　　　　　　　　　　By:    /s/ James D. Weakley
　　　　　　　　　　　　　　　　　　　　James D. Weakley
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **April 24, 2012**             /s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE