1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
3  Fresno, CA  93728
   Telephone: (559) 441-0201
4  Facsimile: (559) 442-3164

5  Attorney for Plaintiffs: CHESTER S. GARBER,
   BETTY C. TING, EMILIA C. TING, M.D,
6  EMILIA C. TING, M.D., INC., GARBER SERVICES
7  CO., INC., AND GOLDEN VALLEY AERO, INC.

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CLOVIS; ABBY SPENCER, SGT. MCFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: 1:09-cv-00242-AWI-SMS<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ORDER**<br><br>Complaint Filed:  02/05/09<br>Trial Date:  TBA |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL that:

On January 30, 2012, the Court granted Defendants' Motion to Dismiss and Plaintiffs were given leave to file an amended complaint on the Fourth Amendment issues, but not on any substantive due process claim or equal protection claim and ordered that the amended complaint shall be filed within thirty (30) days from January 30, 2012.  The parties are currently engaged in good faith

negotiations to settle this case and the Court has previously granted a sixty (60) day extension of time to file an amended complaint to April 24, 2012.

The parties hereto hereby request an additional forty-five (45) day extension of time to June 8, 2012, to allow the parties time to complete the signing of settlement documents.

Dated: April 19, 2012                THE LAW OFFICE OF JACOB M. WEISBERG

                                     _____/s/ Jacob M. Weisberg_____
                                     Jacob M. Weisberg
                                     Attorney for Plaintiffs

Dated:  April 19, 2012               WEAKLEY & ARENDT, LLP


                                     By:  __/s/ James D. Weakley_____
                                          James D. Weakley
                                          Attorneys for Defendants

### ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **April 24, 2012**            /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

*Garber, et al. v. City of Clovis, et al.*  
Stip to Extend Time to File Amended Complaint and Order

U.S. Dist. Court, E.D. California  
Page 2