1  James D. Weakley, Esq.         Bar No. 082853
   Valerie J. Velasco, Esq.       Bar No. 267141
2
        WEAKLEY & ARENDT, LLP
3       1630 East Shaw Avenue, Suite 176
              Fresno, California  93710
4           Telephone: (559) 221-5256
            Facsimile:  (559) 221-5262
5

6  Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
                CHIEF JIM ZULIM and SGT. MCFADDEN
7

8                **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | CHESTER S. GARBER, BETTY C. ) CASE NO. 1:09-CV-00242-AWI-SMS
   | TING, EMILIA C. TING, M.D., EMILIA )
12 | C. TING, M.D., INC., GARBER T. )
   | SERVICES CO., INC., AND GOLDEN ) **STIPULATED DISMISSAL AND ORDER**
13 | VALLEY AERO, INC., )
                                      )
14         Plaintiffs,                )
                                      )
15         vs.                        )
                                      )
16 | CITY OF CLOVIS; ABBY SPENCER, )
   | SGT. McFADDEN; POLICE CHIEF JIM )
17 | ZULIM in Their Individual and Official ) Complaint Filed: 02/05/09
   | Capacities; and DOES 1-75, Inclusive, ) Trial Date:  Off Calendar
18                                    )
           Defendants.                )
19                                    )
   _____     )
20

21         PURSUANT TO Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs CHESTER

22 S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D.,

23 INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY AERO, INC., and defendants

24 CITY OF CLOVIS, ABBY SPENCER, SGT. McFADDEN, and POLICE CHIEF JIM ZULIM,

25 through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire

26 action as set forth below:

27         Plaintiffs CHESTER S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D.,

28 EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY

---

Stipulated Dismissal and Order

1  AERO, INC., dismiss with prejudice the entire lawsuit filed against the CITY OF CLOVIS, ABBY
2  SPENCER, and POLICE CHIEF JIM ZULIM, each party to bear their own costs and attorneys'
3  fees.
4      Plaintiffs CHESTER S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D.,
5  EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY
6  AERO, INC., dismiss without prejudice the entire lawsuit against SGT. MATT McFADDEN, each
7  party to bear their own costs and attorneys' fees.  By dismissing without prejudice, the plaintiffs
8  would only be able to raise any claims set out in the complaint on file in this matter in a defensive
9  manner.  Plaintiffs can only file a cross-complaint against SGT. McFADDEN alleging claims set
10 out in the complaint on file only if a complaint is filed against them by SGT. McFADDEN.  If SGT.
11 McFADDEN does not file a complaint against plaintiffs, the plaintiffs cannot ever file an
12 affirmative action against him based on the allegations contained in the complaint on file in this
13 matter.
14 **IT IS SO STIPULATED.**
15 DATED: ~~May~~ June 11, 2012

WEAKLEY & ARENDT, LLP

By:  /s/ James D. Weakley
    James D. Weakley
    Valerie J. Velasco
    Attorneys for Defendants

20 DATED: ~~May~~ June 8, 2012

THE LAW OFFICE OF JACOB M. WEISBERG

By:  /s/ Jacob M. Weisberg
    Jacob M. Weisberg
    Attorney for Plaintiffs

**ORDER**

26 IT IS SO ORDERED.

27 Dated:  July 2, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE