1  James D. Weakley, Esq.        Bar No. 082853
   Valerie J. Velasco, Esq.      Bar No. 267141
2
       WEAKLEY & ARENDT, LLP
3      1630 East Shaw Avenue, Suite 176
       Fresno, California  93710
4      Telephone: (559) 221-5256
       Facsimile:  (559) 221-5262
5

6  Attorneys for Defendant, CITY OF CLOVIS, OFFICE ABBY SPENCER,
              CHIEF JIM ZULIM and SGT. MCFADDEN
7

8             **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | CHESTER S. GARBER, BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., AND GOLDEN VALLEY AERO, INC., | ) ) ) ) ) ) ) | CASE NO. 1:09-CV-00242-AWI-SMS  **STIPULATED DISMISSAL AND ORDER** |
|---|---|---|---|
| 14 | Plaintiffs, | ) ) | |
| 15 | vs. | ) ) | |
| 16 | CITY OF CLOVIS; ABBY SPENCER, SGT. McFADDEN; POLICE CHIEF JIM ZULIM in Their Individual and Official Capacities; and DOES 1-75, Inclusive, | ) ) ) ) ) ) ) ) ) | Complaint Filed: 02/05/09 Trial Date:  Off Calendar |
| 19 | Defendants. _____ | ) | |

21     PURSUANT TO Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs CHESTER
22 S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D.,
23 INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY AERO, INC., and defendants
24 CITY OF CLOVIS, ABBY SPENCER, SGT. McFADDEN, and POLICE CHIEF JIM ZULIM,
25 through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire
26 action as set forth below:
27     Plaintiffs CHESTER S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D.,
28 EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY

_____

Stipulated Dismissal and Order

AERO, INC., dismiss with prejudice the entire lawsuit filed against the CITY OF CLOVIS, ABBY SPENCER, and POLICE CHIEF JIM ZULIM, each party to bear their own costs and attorneys' fees.

Plaintiffs CHESTER S. GARBER (deceased), BETTY C. TING, EMILIA C. TING, M.D., EMILIA C. TING, M.D., INC., GARBER T. SERVICES CO., INC., and GOLDEN VALLEY AERO, INC., dismiss without prejudice the entire lawsuit against SGT. MATT McFADDEN, each party to bear their own costs and attorneys' fees. By dismissing without prejudice, the plaintiffs would only be able to raise any claims set out in the complaint on file in this matter in a defensive manner. Plaintiffs can only file a cross-complaint against SGT. McFADDEN alleging claims set out in the complaint on file only if a complaint is filed against them by SGT. McFADDEN. If SGT. McFADDEN does not file a complaint against plaintiffs, the plaintiffs cannot ever file an affirmative action against him based on the allegations contained in the complaint on file in this matter.

**IT IS SO STIPULATED.**

DATED:  ~~May~~ June 11, 2012

WEAKLEY & ARENDT, LLP

By:  /s/ James D. Weakley
     James D. Weakley
     Valerie J. Velasco
     Attorneys for Defendants

DATED:  ~~May~~ June 8, 2012

THE LAW OFFICE OF JACOB M. WEISBERG

By:  /s/ Jacob M. Weisberg
     Jacob M. Weisberg
     Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  July 2, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE